**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION-**
**CASE NO. 0:26-cv-60461**

**DAVID HUNTER,** ***individually and on behalf of all others similarly situated,***

**Plaintiff,**

**v.**

**BREATHE DIVINITY, LLC,**

**Defendant.**
_______________________________/

**NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE** that on this date, Defendant BREATHE DIVINITY, LLC, ("BREATHE") hereby removes the above-captioned matter to the United States District Court for the Southern District of Florida, Fort Lauderdale Division, from Broward County, Florida and in support thereof avers as follows:

1. BREATHE is a Defendant in a civil action originally filed on or about January 6, 2026, in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, titled *David Hunter, individually and on behalf of all others similarly situated v. Breathe Divinity* and docketed to Case No. CACE26000146.

2. This removal is timely under 28 U.S.C. § 1446(b) as BREATHE received service of process on January 20, 2026.

3. Pursuant to 28 U.S.C. § 1446, attached hereto are copies of all process, pleadings and orders received by BREATHE in the state court action.

4. The United States District Court for the Southern District of Florida, Fort Lauderdale Division, has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against BREATHE alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. (TCPA)

5. On this date, BREATHE provided notice of this Removal to counsel for Plaintiff and to the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida.

WHEREFORE, Defendant BREATHE DIVINITY, LLC, respectfully removes this case to the United States District Court for the Southern District of Florida, Fort Lauderdale Division.

Respectfully submitted,

**MESSER STRICKLER BURNETTE, LTD.**

By: */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES II, ESQUIRE
FL Bar No. 069879
KYLIE M. PRIETO, ESQUIRE
FL Bar No. 1069651
ROSAJUNELY CARTAGENA RUIZ, ESQUIRE
FL Bar No. 1069299
1400 Marsh Landing Parkway, Suite 109
Jacksonville, FL 32250
☎ (904) 373-0546
🖷 (904) 298-8350 (fax)
lburnette@messerstrickler.com
jmarees@messerstrickler.com
rruiz@messerstrickler.com
kprieto@messerstrickler.com
*Counsel for Defendant*

Dated: February 19, 2026

**CERTIFICATE OF SERVICE**

I certify that on February 19, 2026, a true copy of the foregoing document was served on all unrepresented parties and counsel of record by electronic service and/or U.S. Mail, postage prepaid.

**MESSER STRICKLER BURNETTE, LTD.**

By: */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES II, ESQUIRE
FL Bar No. 069879
KYLIE M. PRIETO, ESQUIRE
FL Bar No. 1069651
ROSAJUNELY CARTAGENA RUIZ, ESQUIRE
FL Bar No. 1069299
1400 Marsh Landing Parkway, Suite 109
Jacksonville, FL 32250
☎ (904) 373-0546
(904) 298-8350 (fax)
lburnette@messerstrickler.com
jmarees@messerstrickler.com
rruiz@messerstrickler.com
kprieto@messerstrickler.com
*Counsel for Defendant*

Dated: February 19, 2026

**CERTIFICATE OF SERVICE**

I certify that on February 19, 2026, a true copy of the foregoing document was served on all unrepresented parties and counsel of record by electronic service and/or U.S. Mail, postage prepaid.

**MESSER STRICKLER BURNETTE, LTD.**

By: */s/ Lauren M. Burnette*

LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES II, ESQUIRE
FL Bar No. 069879
KYLIE M. PRIETO, ESQUIRE
FL Bar No. 1069651
ROSAJUNELY CARTAGENA RUIZ, ESQUIRE
FL Bar No. 1069299
1400 Marsh Landing Parkway, Suite 109
Jacksonville, FL 32250
☎ (904) 373-0546
(904) 298-8350 (fax)
lburnette@messerstrickler.com
jmarees@messerstrickler.com
rruiz@messerstrickler.com
kprieto@messerstrickler.com
*Counsel for Defendant*

Dated: February 19, 2026